IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS CORTEZ DOMINGUEZ,

    Petitioner,                             No.  2:12-cv-1391 DAD P

    vs.

UNKNOWN,

    Respondent.                          ORDER

_____/

        Petitioner, a Missouri prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.  This court will not rule on petitioner's request to proceed in forma pauperis.

        Petitioner is presently incarcerated at Tallahatchie County Correctional Facility in Tutwiler, Missouri.  He is serving a sentence on a judgment of conviction rendered by the Orange County Superior Court.

        The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims.  See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973).  In the instant case, petitioner's conviction occurred in an area

/////

1

covered by the United States District Court for the Central District of California. Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

    1. This court has not ruled on petitioner's request to proceed in forma pauperis;

    2. This matter is transferred to the United States District Court for the Central District of California. Id. at 499 n.15; 28 U.S.C. § 2241(d).

DATED: June 12, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
domi1391.108a

2